1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
5  Phone: 323-306-4234
6  Fax: 866-633-0228
7  tfriedman@toddflaw.com
   abacon@toddflaw.com
8  *Attorneys for Plaintiff*

9
                  **UNITED STATES DISTRICT COURT**
10                **CENTRAL DISTRICT OF CALIFORNIA**
11

12  ELIE LASKAR,                          )  Case No. 2:20-cv-05278-PA-MAA
                                          )
13  Plaintiff,                            )  **REQUEST TO DISMISS COUNTS I**
14                                        )  **AND II OF PLAINTIFF'S FIRST**
        vs.                               )  **AMENDED COMPLAINT**
15                                        )  **WITHOUT PREJUDICE**
                                          )
16  TESLA MOTORS INC., and DOES 1         )
17  through 10, inclusive, and each of them, )
                                          )
18  Defendant.                            )
19  _____      )

20
21        **NOTICE IS HEREBY GIVEN** that Plaintiff hereby requests this
22  Honorable Court dismiss Counts I and II related to breaches of the Magnuson-
23  Moss Warranty Act in this matter without prejudice from Plaintiff's First Amended
24  Complaint, and to proceed only with remaining Counts.
25  ///
26  ///
27  ///
28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant has neither answered Plaintiff's First Amended Complaint, nor filed a motion for summary judgment.

Respectfully submitted this 22nd day of June, 2020.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 22nd day of June, 2020, with:

United States District Court CM/ECF system

Notification sent on this 22nd day of June, 2020, via the ECF system to:

Honorable Percy Anderson
United States District Court
Central District of California

Soheyl Tahsildoost
Theta Law Firm LLP
Attorneys for Defendant

This 22nd day of June, 2020.

By: s/Todd M. Friedman
     Todd M. Friedman